fit, or to proceed with his action of partition. The judgment is modified accordingly, and as modified affirmed, without costs. Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ., concurred. Order to be settled before Mr. Justice Blackmar.

GEORGE E. STILL, Respondent, v. HARRIET I. STILL, Appellant, Impleaded with Another.— Judgment in so far as it decrees specific performance of defendant-appellant's contract to secure the annuity to plaintiff affirmed, without costs; but as to the requirement of corporate security, and the amount of the bond, the case is remitted to the Special Term for proof of the age of plaintiff, and the circumstances of defendant-appellant, and such other facts as may be necessary to enable the court to make findings in these particulars. If the parties will stipulate as to these matters, further hearings will be unnecessary. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

JOSEPH M. WELLS, Respondent, v. WALTER K. FREEMAN, Defendant, and GLADYS M. FREEMAN, Appellant.— Judgment and order of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ.

JOHN DOOLEY, Appellant, Respondent, v. EDWARD A. SEAMAN, as Executor, etc., of PATRICK MAHONEY, Respondent, Appellant.— Motion denied, without prejudice to an application at Special Term as to offset of printing disbursements against costs. Present — Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ.

In the Matter of the Report of THE CHAMBERLAIN OF THE CITY OF NEW YORK to the Appellate Division, Second Department, pursuant to rule LXVIII of the General Rules of Practice.— Matter referred to the Hon. Josiah T. Marean as official referee. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

In the Matter of the Application of the CITY OF NEW YORK Relative to Acquiring Title to Lawrence Avenue from Forty-seventh Street to Ocean Parkway, etc.— Motion for leave to appeal to the Court of Appeals denied. Reargument ordered, and case set down for Wednesday, February 27, 1918. Present — Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ.

In the Matter of a Paper Writing Purporting to Be the Last Will and Testament of THEODORE A. LORD, Deceased.— Motion for stay granted on condition that appellant perfect the appeal, place the case on the calendar for Monday, February 25, 1918, and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. The stay, however, is modified so as not to prevent the examination of witnesses before trial. Present — Thomas, Mills, Putnam, Blackmar and Kelly, JJ. Order to be settled before Mr. Justice Putnam.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PHILIP GOLDFARB, Appellant, v. JOHN J. GARGAN, etc., Respondent.— Motion to admit the relator to bail denied, on the ground that under the provisions of section 190 of the Code of Civil Procedure, as amended by chapter 290 of the Laws of 1917, the relator cannot appeal as of right to the Court of Appeals, and it does not appear that leave to appeal has been obtained. Present —

Thomas, Mills, Putnam, Blackmar and Kelly, JJ. Order to be settled before Mr. Justice Blackmar.

GUSTAV GARDNER, Appellant, v. CHARLES H. GARDNER and Others, Respondents, Impleaded with TITLE GUARANTEE AND TRUST COMPANY, Appellant, and Another, Defendant.— Judgment affirmed, with costs to plaintiff as against the appellant Title Guarantee and Trust Company only. No opinion. Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ., concurred.

In the Matter of the Application of MARY E. LANDER, Respondent, v. THE VILLAGE OF ELMSFORD, Appellant.— Order reversed, with ten dollars costs and disbursements, and proceeding dismissed, with costs, on authority of *Matter of Lawrence* (179 App. Div. 903) and *Farrington* v. *City of Mount Vernon* (166 N. Y. 233.) Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ., concurred.

ALMA F. MAITLAND, as Administratrix, etc., of JOHN MAITLAND, Deceased, Respondent, v. WOLF GREENBERG, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that there is no allegation in the complaint that the decedent left any widow surviving, or any next of kin; nor is there sufficient evidence that he left a widow surviving, or that she was pecuniarily damaged by his death; and also upon the ground that the finding that defendant was negligent and decedent free from contributory negligence is against the weight of evidence. Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ., concurred. Order to be settled before Mr. Justice Thomas.

JOHANNA NELIGAN, as Administratrix, etc., Appellant, v. JOHN PECK, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Putnam and Kelly, JJ., concurred; Blackmar, J., dissented on the ground that the evidence does not justify a finding that there was any intent on the part of the intestate to make a gift *in presenti*, but rather an attempt at a testamentary disposition of the property.

EDWARD MARTIN, Respondent, v. ANNA BAUMANN, Appellant.— Motions denied. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PHILIP GOLDFARB, Appellant, v. JOHN J. GARGAN, etc., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Stay of fifteen days will be granted in order that the relator, if he be so advised, may apply for leave to the Court of Appeals. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

CHARLES V. BARKER, Respondent, v. CLIFFORD J. BARKER and Others, Appellants, and Others, Defendants.— Judgment affirmed, with costs to plaintiff, respondent. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

JAMES CORRIGAN, Respondent, v. GREEN FUEL ECONOMIZER, Appellant.— Judgment and order reversed and complaint unanimously dismissed, with costs, on the grounds (1) that there was no evidence in the case estab-